UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHINEAS C. BOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social<br>Security Administration,**<br><br>        Defendant. | Case No. CV 10-5620 AJW<br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's motion to dismiss the complaint is **granted,** and this action is **dismissed with prejudice.**

April 10, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge